## ORDER

PER CURIAM

AND NOW, this 26th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Padge Victoria WINDSLOWE a/k/a Page V. Gordon, Petitioner

No. 177 EAL 2017

Supreme Court of Pennsylvania.

September 26, 2017

## ORDER

PER CURIAM

AND NOW, this 26th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**

John STAPAS

v.

GIANT EAGLE, INC., a Pennsylvania Entity; Giant Eagle, Inc., t/d/b/a Get-Go from Giant Eagle, a Pennsylvania Entity; Giant Eagle Inc., t/d/b/a Southside GetGo, a Pennsylvania Entity; Nadeen McShane, an Individual; GetGo Partners South, a Pennsylvania Entity; GetGo Partners South–Maryland, LLC, a Pennsylvania Entity; and GetGo Holdings, LLP, a Pennsylvania Entity

Petition of: Giant Eagle, Inc., a Pennsylvania Entity; Giant Eagle, Inc., t/d/b/a GetGo from Giant Eagle, a Pennsylvania Entity; Giant Eagle Inc., t/d/b/a Southside GetGo, a Pennsylvania Entity; GetGo Partners South, a Pennsylvania Entity; GetGo Partners South–Maryland, LLC, a Pennsylvania Entity; and GetGo Holdings, LLP, a Pennsylvania Entity

No. 102 WAL 2017

Supreme Court of Pennsylvania.

September 26, 2017

## ORDER

PER CURIAM

AND NOW, this 26th day of September, 2017, the Petition for Allowance of Appeal is **DENIED.**